IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WARREN LEE EDWARDS,

     Appellant,

v.

FLA. DEPT. OF CORRECTIONS,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0317

Opinion filed March 9, 2016.

An appeal from an order of the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Warren Lee Edwards, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth S. Steely, General
Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED. See Fla. R. App. P. 9.130(a)(5); Frantz v. Moore, 772 So. 2d
581 (Fla. 1st DCA 2000).

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.